## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) |
| Alisa Mekeea Bunkley | ) CASE NO. 17-12470-WHD |
| | ) |
| Debtor | ) |
| Bridgecrest Credit Company, LLC | ) |
| Movant, | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| Alisa Mekeea Bunkley, Debtor | ) |
| Marquise Jamal Smith, Co-Debtor | ) |
| Melissa J. Davey, Trustee | ) |
| Respondents. | ) |

### NOTICE OF HEARING

Bridgecrest Credit Company, LLC, ("Movant") has filed a Motion for Relief from Stay, seeking relief from the automatic stay and co-debtor stay on the 2008 Chevrolet Malibu, 4C, VIN: 1G1ZJ57B384289686.

**YOUR RIGHTS MAY BE AFFECTED**.  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one. If you do not want the court to lift the automatic stay, sought in motion, or if you want the court to consider your views on the motion, then you or your attorney must attend the hearing scheduled to be held on this motion at **United States Courthouse, 2nd Floor Courtroom, Lewis R. Morgan Federal Building, 18 Greenville Street, Newnan, GA 30263, on February 1, 2018, at 9:00 AM.**

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.

Dated:  January 2, 2018

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Counsel for Movant
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*

## CERTIFICATE OF SERVICE

I, Richard B. Maner, certify that I am over the age of 18 and that on January 2, 2018, I served a copy of Movant's **MOTION FOR RELIEF FROM STAY, CO-DEBTOR STAY** and **NOTICE OF HEARING** electronically. Those not served electronically have been served by depositing same in the United States Mail in a properly addressed envelope to each with adequate postage prepaid on the following persons or entities at the addresses stated:

Alisa Mekeea Bunkley
413 Acorn Lane
Griffin, GA 30223

Marquis Jamal Smith, Co-Debtor
413 Acorn Lane
Griffin, GA 30223

Marquis Jamal Smith, Co-Debtor
413 Acorn Lane
Griffin, GA 30224

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339

Melissa J. Davey
Melissa J. Davey, Standing Ch 13 Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Dated: January 2, 2018

/s/ **Richard B. Maner**
Richard B. Maner
Counsel for Movant
GA Bar No. 486588
RICHARD B. MANER, P.C.
5775 Glenridge Drive
Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Alisa Mekeea Bunkley | ) | CASE NO. 17-12470-WHD |
| | ) | |
| Debtor | ) | |
| Bridgecrest Credit Company, LLC | ) | |
| Movant, | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| Alisa Mekeea Bunkley, Debtor | ) | |
| Marquise Jamal Smith, Co-Debtor | ) | |
| Melissa J. Davey, Trustee | ) | |
| Respondents. | ) | |

## MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

COMES NOW, Bridgecrest Credit Company, LLC ("Movant") and moves this Court for relief from the automatic stay and co-debtor stay pursuant to 11 U.S.C. §362. In support thereof, Movant shows the Court as follows:

1.

Bridgecrest Credit Company, LLC, hold title and is secured by a Simple Interest Retail Installment Contract to Debtor and Co-Debtor's 2008 Chevrolet Malibu, 4C, VIN: 1G1ZJ57B384289686. Photostatic copies are attached hereto as Exhibit "A".

2.

Debtor filed for relief under Chapter 13 of the U.S. Bankruptcy Code on 11/17/2017.

3.

The payoff balance on the loan is $16,559.74 as of 12/29/2017.

4.

The Debtor surrendered the collateral to Movant on 11/15/2017. The loan is currently due for the 10/05/2017 through current payments for an approximate arrearage of $1,403.60.

5.

Movant requests upon entry of an Order granting relief from stay, that Rule 3002.1 of the Federal Rules of Bankruptcy Procedure no longer apply as the claim is not provided for under 11 U.S.C. Section 1322(b)(5).

6.

Movant requests that should relief be granted, Movant has the right to file an unsecured deficiency claim upon sale of the subject vehicle.

WHEREFORE, the Movant prays for an Order relieving it from the automatic stay of 11 U.S.C. § 362 and Co-Debtor Stay, authorizing Movant to repossess the collateral and proceed with the sale of the collateral, under its contract, in accordance with and pursuant to appropriate state statutes; directing that Rule 3002.1 no longer apply. Movant further prays that the provisions of Bankruptcy Rule 4001(a)(3) be waived so that such Order be effective upon entry.

This 2nd day of January, 2018.

Respectfully Submitted,

**/s/ Richard B. Maner**
Richard B. Maner, GA Bar No. 486588
Counsel for Movant
5775 Glenridge Drive, Building D, Suite 100
Atlanta, GA  30328
Phone: (404) 252-6385; Fax: (404) 252-6394
*rmaner@rbmlegal.com*

| SIMPLE INTEREST RETAIL INSTALLMENT CONTRACT | REPRINT DATE: 5/4/2017 | SALES DATE: 05/04/2017 |
|---|---|---|

| Buyer (and Co-Buyer) Name and Address | Dealer/Creditor Name and Address |
|---|---|
| Marquise Jamal Smith<br>Alisa Mekeea Bunkley<br>10611 Abercorn St Apt 181<br><br>Savannah. GA 31419-1477 | DRIVETIME CARSALES COMPANY, LLC  DBA: DRIVETIME SAVANNAH<br>12056 ABERCORN ST<br>SAVANNAH, GA 31419-1996<br>9125080555 |

You, the Buyer (and Co-Buyer, if any) shown above, agree to buy the motor vehicle described below (the "Vehicle") on credit subject to the terms and conditions of this contract and security agreement (the "Contract").  By signing below, you represent that you have been quoted only one cash price for the Vehicle.  "We", "us" and "our" refer to the Dealer shown above and any person to which we may transfer or assign the Contract.

| New/Used | Model Year and Make | Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2008 Chevrolet | Malibu | 1G1ZJ57B384289686 | [X] Personal  [ ] Agricultural<br>[ ] Business |

| Trade-In: | Year | Make | Model |
|---|---|---|---|

## FEDERAL TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 900.00 |
|---|---|---|---|---|
| 23.444 % | $ 12,412.29 | $ 15,838.00 | $ 28,250.29 | $ 29,150.29 |

### Payment Schedule

| Number of Payments | Amount of Each Payment | When Payments Are Due | |
|---|---|---|---|
| 140 | $200.36 | BiWeekly beginning | 06/01/2017 |
| 1 | $199.89 | Ending | 10/13/2022 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.

**Late Payment:** You must pay a late charge on the part of each payment not made within 10 days after the date the payment is due. The charge is 5% of the delinquent amount or $50.00, whichever is less.

**Security Interest:** You are giving a security interest in the Vehicle being purchased. Please read this Contract for additional information on security interests, non-payment, default, and our right to require repayment of your debt in full before the scheduled maturity date and prepayment refunds and penalties.

**Promise to Pay and Payment Terms:** You promise to pay us the Amount Financed, plus Finance Charges accruing on the unpaid balance at the rate of **23.444%** per year (the "Contract Rate") from today's date until paid in full. Finance charges accrue on a daily simple interest basis. As outlined above in the Truth In Lending Disclosures you agree to pay this Contract according to the payment schedule by paying the amount stated in the Total of Payments box, or a greater amount. You also agree to pay the late charge shown above and any additional amounts according to the terms and conditions of this Contract.

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 05, 2017 03:31:03 AM.

Case 17-12470-whd   Doc 10   Filed 01/02/18   Entered 01/02/18 05:46:05   Desc Main Document   Page 6 of 11

Copy of Electronic Original document managed by CoreScan OnBoard(EOD™) Service.

| INSURANCE |
| --- |

**YOU MAY OBTAIN INSURANCE ON THE VEHICLE FROM A PERSON OF YOUR CHOICE THAT IS AUTHORIZED TO SELL SUCH INSURANCE AND IS ACCEPTABLE TO US.**

**LIABILITY INSURANCE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS IS NOT INCLUDED.**

| NOTICES REQUIRED BY FEDERAL LAW |
| --- |

Used motor vehicle Buyers Guide.      If you are buying a used vehicle with this Contract, federal regulations may require a special Buyers  Guide to be displayed on the window of the Vehicle.  **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT.  INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

| ITEMIZATION OF AMOUNT FINANCED | | |
| --- | --- | --- |
| 1 Cash Price (Including sales tax of $202.50 any accessories, their installation, and taxes) | $11097.5 | (1) |
| 2 Down Payment | | |
| Cash Down Payment | $900 | |
| Trade - In Allowance | $0 | |
| Trade -In Payoff | $0.00 | |
| Payoff To: | | |
| Net Trade-In (Description Above) | $0 | |
| **Total Down Payment** | $900.00 | (2) |
| 3 **Unpaid Balance of Cash Price  (1 minus 2)** | $10,197.50 | (3) |
| 4 **Amounts Paid to Others on Your Behalf** | | |
| (a) To Public Officials | | |
| License, title & registration fees | $56.50 | |
| *(b) Other Charges: | | |
| *To: DriveTime  For Documentation Fee | $299.00 | |
| **To: DriveTime  For MotionGPS (3 yrs) plus SilverRock | $695.00 | |
| **To: DriveTime  For SilverRock DriveCare Powertrain Protection | $3,555.00 | |
| **To: DriveTime  For SilverRock GAP Coverage | $1,035.00 | |
| Total Amounts Paid to Others on Your Behalf (a plus b) | $5640.5 | (4) |
| ** Dealer may retain or receive a portion of these amounts paid to others, except those fees paid to public officials. | | |
| 5 Balance of Cash Price and Other Charges (3 plus 4) | $15,838.00 | (5) |
| 6 Amount Financed | $15,838.00 | (6) |

**General Terms; Payments:**  You have been given the opportunity to purchase the Vehicle and any other products and services identified in this Contract for the **Total Sale Price.**  The **Total Sale Price** is the total price of the Vehicle and any other products or services – **plus the Finance Charges if you buy them over time.**  You agreed to purchase the items over time.  The Total Sale Price in the TRUTH IN LENDING DISCLOSURES assumes that you will make all payments as scheduled.  The actual amount you will pay may be more or less depending on your payment record.  You may prepay this Contract at any time without penalty.

**Security Interest:**  To secure your obligations, you give us a "first priority" security interest in the Vehicle, all accessions, attachments, accessories and equipment placed in or on the Vehicle and all proceeds of the Vehicle. You also agree to give us a security interest in all money or goods received for the Vehicle and all insurance premiums, service and other contracts we finance. The security interest secures payment of all amounts you owe in this Contract and performance of your other agreements in this Contract. You agree a "first priority" security interest is a security interest before any other party's lien, claim, interest or right in or to the Vehicle. You will not grant anyone else a security interest, lien or any other claim to the Vehicle without our express prior written consent. We reserve our right to setoff **insurance proceeds or excess amounts of estimated official fees and taxes that we may receive against the principal amount of** what you owe us under the Contract to the extent not prohibited by applicable law.

**Finance Charges:** This is a simple interest Contract.  The finance charges you pay will depend on how you make your payments.  Your actual finance charges may be more than the disclosed Finance Charges if you make your payments late or in less than the scheduled amount.  We will apply each payment first to the earned and unpaid part of the Finance Charge, and then to the unpaid balance owed under this Contract. Finance charges are earned by applying the Contract Rate to the unpaid Balance of Cash Price and Other Charges shown above for the simple interest balance is owed, subject to the finance charge free period, if any, described on the first page of this Contract.  The Dealer may receive a portion of the Finance Charges.

**Use of Vehicle:** You must take care of the Vehicle. You must obey all laws in using it. You must keep the Vehicle in your possession at the Buyer's address shown above, unless we approve another address in writing. You may not sell or transfer any rights in the Vehicle without our prior written consent. You must keep it free from the claims of others. You will not take it out of the United States without our prior written consent. You will immediately tell us of any change in your address or the address where the Vehicle is regularly kept. You agree not to add to the Vehicle any accessories, equipment or any other property in which any other person has an ownership or security interest.

Copy of Electronic Original(R) document managed by The eCore(R) On Demand (EOD™) Service.

**Warranties Seller Disclaims:** Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this Contract, **the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or fitness for a particular purpose.** This provision does not affect any warranties covering the vehicle or parts thereof that the Vehicle manufacturer or parts supplies may provide.   Only the manufacturer or supplier shall be liable for performance under their warranties.

**Vehicle Insurance:** You must insure yourself and us for the term of this Contract against loss of or damage to the Vehicle with a policy in the Buyer's name. You must maintain comprehensive fire, theft and collision coverage, insuring the Vehicle in an amount acceptable to us, name us as loss payee and provide whatever evidence of insurance we request. We must approve the type and amount of insurance that you obtain. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. If you do not maintain the required insurance ,we may buy substantially similar coverage at your expense. We may add the cost of such insurance to your obligations due under this Contract and/or collect those costs separately from you. You agree to pay such costs either upon our demand or in installments, subject to a finance charge at the Contract Rate, if we elect to apply a finance charge. The insurance we buy may, at our option, protect only our interest, or both your interest and ours. **Insurance we buy may cost substantially more than insurance you buy.** We will cancel the insurance we buy if you give us satisfactory proof of insurance reasonably acceptable to us. **Whether or not the Vehicle is insured, you will pay us all you owe under this Contract even if the Vehicle is lost, damaged beyond repair, or destroyed.**

You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker.   Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.



**Returned Check Charge:** If you make any payment required by this Contract with a check that is returned or dishonored you agree to pay a charge equal to $30 or 5% of the amount of the check, whichever is greater, plus the amount of any fees charged to the holder of the instrument by a bank or financial institution as a result of the instrument not being honored, after we provide you with any notice that may be required by applicable law.  If the fee is not paid when due, we may add this fee to the unpaid balance of this Contract.

**Default:** You will be in default if any one of the following occurs (except as may be prohibited by law):
1.  You fail to make any payment due under this Contract, including any down payment, in full when such payment is due.
2. We are unable to obtain a first priority security interest in the Vehicle.
3. You give another person a security interest in the Vehicle without our consent.
4. You fail to obtain or maintain insurance on the Vehicle as required by this Contract.
5. You  gave us false or misleading information on your application relating to this Contract, if we cannot verify any information that you have provided us, if any information you provided to us is false, if we discover a material adverse change in such information during the review process, or if you do not cooperate in the verification and review process described below.
6. You fail to keep any other agreement or promise you made in this Contract.
7. You die, become incompetent, generally fail to pay your debts when they become due or if you file a bankruptcy petition or if one is filed against you.
8. The Vehicle is lost, **damaged beyond repair, or destroyed** or any other event occurs that causes us to believe that our prospects for payment or realization upon the Vehicle are impaired

If you are in default, we may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge and all other amounts due under this Contract (the entire unpaid balance). If as a consequence of your default we require that you pay the entire unpaid balance, we will charge you interest at the Contract Rate on the entire unpaid balance from the date of our notice to you demanding payment of the entire unpaid balance. Additionally,  we may take back (repossess) the Vehicle.  We may also take items of personal property found in the Vehicle when we take back the Vehicle and hold them for you.  If, after providing you with notice of our intent to dispose of such personal property as required by law and after allowing you time to claim the property as required by law you do not claim your personal property, we will dispose of the personal property in a commercially reasonable manner.

We may cancel any insurance or other products or services you have purchased in this Contract and apply any refunds we receive to the amount you owe. You agree to pay any attorneys' fees not to exceed 15% of the principal and interest owing under this Contract if this Contract is referred to an attorney for collection who is not our salaried employee and other collection costs we incur at any time in collecting amounts you owe under this Contract, including during any bankruptcy proceedings or upon any appeal.

If we take back the Vehicle, we will sell it unless you exercise any right to cure or redeem the Vehicle that you may have under state law.  The sale proceeds, less the actual amounts we pay for retaking, holding, preparing for disposition, processing and disposing of the Vehicle, and less our attorneys' fees and legal costs to the extent such costs, fees and expenses are permitted by applicable law, will be used to pay the amount you owe on this Contract.  Any money left will be paid to you unless the law requires that we pay it to someone else.  If the sale proceeds are not enough to pay off this Contract and costs, and we have complied with the applicable notice requirements, you will be obligated to pay us what is still owed (the deficiency) to the extent permitted by law.

We can, without notice, delay enforcing our rights or exercise only part of them without losing them, waive a right we have without waiving it for subsequent opportunities to exercise that right, and waive a right we have as to one Buyer without waiving it as to the other(s). You also expressly waive demand for payment, notice of non-payment, presentment, notice of dishonor, protest, notice of protest, notice of intent to accelerate and notice of acceleration.

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 05, 2017 03:31:03 AM.

Copy from Electronic Original document 295431b15ca19e54 of the eCore Document (EOD™) Service.

**Assignment::** You may not assign your rights in the Vehicle or under this Contract without our permission. We may sell or assign our rights in this Contract without your permission. We may sell or assign this Contract for an amount that is more than or less than the Balance of Cash Price and Other Charges.

**General:** Any change in this Contract must be written and signed by you and us. The law of the state of the Dealer's place of business shown in this Contract applies to this Contract. If that law does not allow all the agreements in this Contract, the ones that are not allowed will be void. The rest of this Contract will still be good.

**After-Sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You have agreed to cooperate with the after-sale review and verification process.

**Limitation on Damages: Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the Vehicle to you if it is beyond our control, not our fault or we are not negligent.**

**References/Credit Reports:** We may contact your employer or your references to verify the information you provided to us in your application or in connection with this Contract. We may also contact your employer or your references if we are unable to locate you. The servicer of this Contract may also do so. Federal or state law may limit these contacts. You also consent to us or a servicer, obtaining a credit report(s) in connection with the servicing of the Contract.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither of us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the Vehicle unless otherwise disclosed to you on the AutoCheck Vehicle History Report. You acknowledge that We have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and You accept the Vehicle without representation or warranty from us. You further acknowledge that You had the opportunity to have the airbag(s) checked by someone of your choice prior to the completion of the sale.

**Liability Insurance Required: You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Contract. You are not required as a condition of financing the purchase of the Vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. Your choice of insurance providers will not affect our decision to sell you the Vehicle or extend credit to you.**

**Record Retention:** You agree that we may maintain documents and records related to the Vehicle and the Contract electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding relating to the Vehicle.

**Assignment of Dealer:** For value received, Dealer hereby transfers to BRIDGECREST ACCEPTANCE CORPORATION ("Assignee") all of its right, title, and interest in the Contract and the Vehicle. This transfer and assignment is made pursuant to and is subject to any Agreement between Dealer and Assignee by which Assignee has agreed to accept the transfer and assignment of contracts from Dealer.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is a part of this Contract.

**Communication Consent:** You agree that we may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You agree that we may call you, using an automatic telephone dialing system or otherwise, leave you a voice, prerecorded, or artificial voice message, or send you a text, e-mail, or other electronic message for: 1) telemarketing or advertising purposes, 2) any purpose related to the servicing and collection of your accounts with us, or 3) for surveys or research (each a "Communication"). You agree that we may send a Communication to any telephone numbers, including cellular telephone numbers, or email addresses you provided on the first page of this Application. Your consent is not required as a condition of financing or purchase. You can revoke consent at any time by calling 800-967-8526 or by writing DriveTime Customer Service at P.O. Box 52020, Phoenix, AZ 85072. You also agree that we may include your personal information in a Communication. You agree that we will not charge you for a Communication, but your service provider may. In addition, you understand and agree that we may always communicate with you in any manner permissible by law that does not require your prior consent.

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 05, 2017 03:31:03 AM.





**NOTICE TO THE BUYER**

DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES.  YOU ARE
ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN.  YOU ALSO ACKNOWLEDGE RECEIPT OF A TRUE
AND COMPLETELY FILLED IN COPY OF ALL PAGES OF THIS CONTRACT AT THE TIME YOU SIGN IT.

X *Marquise Smith*
**Buyer Signs**

X *Alisa Bunkley*
**Co-Buyer Signs**

By signing below, the Dealer/Creditor accepts this Contract

X *Jon Ehlinger*
**Dealer**

The original document is owned by Bridgecrest Acceptance Corporation and this copy was created on May 05, 2017 03:31:03 AM.

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT EDGE.

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 1G1ZJ57B384289686 | CHEVROLET | 2008 | 4 DOOR | MALIBU 2LT | 4 | 11/27/2017 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMBER |
|---|---|---|---|---|---|---|---|
| 05/04/2017 | GASOLINE | USED | 090354 | 777247171312963    /GA | 1 | BLU / BLU | 770129173290970 |

## OWNER

MARQUISE JAMAL SMITH
ALISA MEKEEA BUNKLEY
10611 ABERCORN ST APT 181
SAVANNAH GA 31419-1477

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:

BRIDGECREST ACCEPTANCE CORP
PO BOX 2997
PHOENIX  AZ  85062-2997

T19

### 1ST LIEN OR SECURITY INTEREST

BRIDGECREST ACCEPTANCE CORP
PO BOX 2997
PHOENIX  AZ  85062-2997

### 2ND LIEN OR SECURITY INTEREST

### 3RD LIEN OR SECURITY INTEREST

### RELEASE OF LIEN OR SECURITY INTEREST

| DATE OF RELEASE | SECURITY INTEREST HOLDER | AUTHORIZED AGENT |
|---|---|---|
| 1ST LIEN | | BY |
| 2ND LIEN | | BY |
| 3RD LIEN | | BY |

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Title Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

043686288

*Lynnette T. Riley*

STATE REVENUE COMMISSIONER

48070119



**Bridgecrest**
Credit Company

Formerly known as DT Credit Company

April 5, 2016

To Whom It May Concern

DriveTime Car Sales Company, LLC ("DTCS) (FEIN: 86-0683232) is a licensed used motor vehicle retailer registered to do business. DTCS sells and leases vehicles to consumers.

Bridgecrest Credit Company, LLC and Bridgecrest Acceptance Corporation are affiliated finance companies of DTCS.

Sincerely,

Jon Ehlinger
DriveTime Car Sales Company, LLC
Secretary

Bridgecrest Credit Company, LLC
Secretary

Bridgecrest Acceptance Corporation
Secretary

TL.Oneinthesame.2016