UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:

ALISA MEKEEA BUNKLEY,                    CASE NO. 17-12470-WHD

    Debtor.                            CHAPTER 13

WAREHOUSE HOME                           JUDGE DRAKE
FURNISHINGS d/b/a
FARMERS FURNITURE,

    Movant,

Vs.

ALISA MEKEEA BUNKLEY,
Debtor, and MELISSA J. DAVEY,
Trustee,

    Respondents.

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW, FARMERS FURNITURE, (hereinafter Movant) and files this its Objection to Confirmation of Chapter 13 plan of the Debtor as follows:

1.

The Debtor has not made all the payments to the Trustee as required by 11 U.S.C. Section 1326.

2.

The Debtor's case is not proposed in good faith as required by 11 U.S.C. Section 1325(b)(2)(A) and under the standards put forth in the cases of In re Hearn, 211 B.R. 774 (Bankr. N.D. Georgia, 1997) and In re: Kitchens as Movant is not adequately

protected by the $1500 value assigned to its collateral. Movant will be filing a secured Proof of Claim for approximate amount of $3130.87.

3.

The Debtor is not paying all of his/her disposable income to the Court.

WHEREFORE, Movant requests that this Honorable Court deny confirmation of the Debtor's case.

This the   26th   day of      FEBRUARY         , 2018.

Respectfully submitted,

/s/_____
KIMBERLY E. HALL
Attorney for Movant
Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com

CASE NO. 17-12470-WHD  
CHAPTER 13  
JUDGE DRAKE

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following parties with a copy of the attached and foregoing Objection to Confirmation:

>Alisa Mekeea Bunkley
>Debtor
>413 Acorn Lane
>Griffin, GA 30223
>
>Howard P. Slomka
>Attorney for Debtor
>Slipakoff & Slomka, PC
>Overlook III - Suite 1700
>2859 Paces Ferry Rd, SE
>Atlanta, GA 30339
>
>Melissa J. Davey
>Standing Ch 13 Trustee
>Suite 200
>260 Peachtree Street, NW
>Atlanta, GA 30303

This the __26th__ day of _____FEBRUARY_____, 2018.

/s/_____
KIMBERLY E. HALL
Attorney for Movant
Georgia Bar No. 319115

P. O. Box 2538
Calhoun, GA 30703
(404) 317-4512
khall104@aol.com